■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL CAMACHO, Also Known as DAVID ORTIZ, Appellant.— Appeal by the defendant from a judgment of the County Court, Westchester County (Nastasi, J.), rendered February 14, 1983, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mollen, P. J., Bracken, Lawrence and Sullivan, JJ., concur.